# EXHIBIT B

# EXHIBIT B

Civil Docket 201210051J RANDALL vs BANK OF AMERICA - Prescott AZ Justice Ct    Page 1 of 1

New Search    Go Back to List

## Civil Docket 201210051J RANDALL vs BANK OF AMERICA - Prescott AZ Justice Ct

Civil Docket 201210051J RANDALL vs BANK OF AMERICA - Civil Docket Review - 12:30 PM Dec. 17, 2012

| Plaintiff 1 | RANDALL, JOSHUA D Add:2943 S BUCKSKIN WAY Cty:85286 |
| Defendant 1 | BANK OF AMERICA |
| Filing | 10-10-2012 |
| Type Of Case | SC> SMALL CLAIMS ($0 - $2,500) |
| Suspense | 12/12/2017:U> pUrge |
| Demand | 10.00 |
| Disposition | 10>12-11-112 |
| Court | J> Justice |

### Civil Docket 201210051J RANDALL vs BANK OF AMERICA - Docket Record

| 10/10/2012 | Filing, Docketing & Issuing Summons/Complaint. Plaintiff Cost $23.00. |
| 10/17/2012 | Filing Affidavit of Service of Process by RICK SCHATTENBERG, DIRECT ACCESS LEGAL SERVICES on BANK OF AMERICA On Oct. 15, 2012, Plaintiff Cost $25.00. |
| 12/11/2012 | Filing Motion For Voluntary Dismissal Without Prejudice; Issuing Order Granting Motion. |

### Prescott City Magistrate Court. Civil Docket 201210051J - Payment History:

| Date | Transaction | For (g/l Codes) | Amount | Date | Transaction | For (g/l Codes) | Amount |
|------|-------------|-----------------|--------|------|-------------|-----------------|--------|
| 10/11/2012 | Payment | Y | $23.00 | | | | |

New Search   Go Back to List

Help

Civil Docket 201210052J RANDALL vs BANK OF AMERICA - Prescott AZ Justice Ct     Page 1 of 1

New Search   Go Back to List

## Civil Docket 201210052J RANDALL vs BANK OF AMERICA - Prescott AZ Justice Ct

Civil Docket 201210052J RANDALL vs BANK OF AMERICA - Civil Docket Review - 12:30 PM Dec. 17, 2012

| | |
|---|---|
| Plaintiff 1 | RANDALL, JOSHUA D Add:2943 S BUCKSKIN WAY Cty:85286 |
| Defendant 1 | BANK OF AMERICA |
| Filing | 10-10-2012 |
| Type Of Case | SC> SMALL CLAIMS ($0 - $2,500) |
| Suspense | 7/16/2013:M> Misc |
| Demand | 10.00 |
| Court | J> Justice |

### Civil Docket 201210052J RANDALL vs BANK OF AMERICA - Docket Record

| | |
|---|---|
| 10/10/2012 | Filing, Docketing & Issuing Summons/Complaint. Plaintiff Cost $23.00. |
| 10/17/2012 | Filing Affidavit of Service of Process by RICK SCHATTENBERG, DIRECT ACCESS LEGAL SERVICES on BANK OF AMERICA On Oct. 15, 2012, Plaintiff Cost $25.00. |
| 12/11/2012 | Filing Motion For Voluntary Dismisal Without Prejudice; Issuing Order Granting Motion. |

### Prescott City Magistrate Court. Civil Docket 201210052J - Payment History:

| Date | Transaction | For (g/l Codes) | Amount | Date | Transaction | For (g/l Codes) | Amount |
|---|---|---|---|---|---|---|---|
| 10/11/2012 | Payment | Y | $23.00 | | | | |

New Search   Go Back to List

Help

1  **BELNAP & FORBES, PLLC**
2  ROCHELLE N. BELNAP
   Arizona SBN 029172
3  P.O. Box 1597
   Chandler, AZ 85244
4  Tel: (480) 907-6088
   Fax: (480) 907-7126
5  RBELNAP@BELNAPFORBES.COM

6  Attorney for Plaintiffs

7

## SAN TAN JUSTICE COURT
8  ## MARICOPA COUNTY IN THE STATE OF ARIZONA

9

10 JOSHUA D. RANDALL AND KAREN )    Case No: ___CV 2012-169786___

11 RANDALL, HUSBAND AND WIFE, )    **PLAINTIFFS' FIRST AMENDED**
                              )    **COMPLAINT**
12          Plaintiffs,        )
                              )    **Assigned to the Honorable**
13      vs.                    )    **Samuel Goodman**
                              )
14 BANK OF AMERICA, N.A.       )
                              )
15          Defendant.         )

16      On August 24, 2012, Plaintiffs, Joshua D. Randall and Karen Randall, husband and wife,

17 filed a Complaint against Defendant arising from the reporting of inaccurate information on the

18 Plaintiffs' respective credit reports and the Defendant's failure to conduct a reasonable

19 investigation and correct the reporting. On October 10, 2012, Plaintiffs' filed a second and third

20 Complaint against Defendant for similar violations of the Fair Credit Reporting Act relating to a

21 mortgage account for a property in Prescott, Arizona. Plaintiffs file this First Amended

22 Complaint to consolidate these claims.

23      1.  This is an action for actual, statutory, and punitive damages, costs, and attorney's fees

24          brought pursuant to 15 U.S.C. § 1681 et seq. (Federal Fair Credit Reporting Act, herein

25          the "FCRA").

2. In December 2011, Plaintiffs obtained a copy of their credit reports and discovered that Defendant was reporting inaccurate information about two of their former mortgage accounts. The errors on both accounts are collectively referred to herein as the "Bank of America Representation."

3. The first account, and the subject of the initial Complaint, was a mortgage for a property located at 2943 S. Buckskin Way, Chandler, AZ 85286 (herein the "Chandler Property"); the account was reporting as a paid charge off with an incorrect payment history on each of Plaintiffs' credit reports. Exhibit A.

4. Defendant reported a second account, a mortgage for a property at 1620 W. Road 4 ½ North, Chino Valley, AZ 86323 (herein the "Chino Valley Property"), multiple times on Mr. Randall's credit report, and inaccurately reported a current balance, a past due balance, and an incorrect payment status and history. Exhibit B.

5. Plaintiffs initially disputed the trade lines with the credit reporting agencies in accordance with FCRA § 611 by writing to the bureaus and identifying the creditor, trade line and specific errors. Exhibit C.

6. Upon Plaintiffs' request for verification and correction, and in accordance with the standard procedures, the bureaus notified the Defendant of the dispute.

7. Defendant did not evaluate or consider any of Plaintiff's information, claims, or evidence and did not make any attempt to substantially or reasonably verify the reporting in violation of FCRA § 623(b). Instead, Defendant merely verified the reporting. Exhibit D.

8. Because the errors remained, Plaintiffs disputed the accounts with the Defendant directly on March 8, 2012.

9. Plaintiffs demanded Defendant verify the debt and accuracy of the reporting, pursuant to FCRA §§ 611(a)(1)(A), 623(a)(8); Plaintiffs also requested a copy of their complete payment history. Exhibit E.

10. Plaintiffs then wrote a second demand letter after Defendant failed to indicate whether an investigation was pending. Exhibit F.

11. Defendant responded to this second letter but did not address the credit errors.  Exhibit G.

12. Defendant failed to sufficiently respond and the errors on all three accounts remained.

13. Defendant did not evaluate or consider any of Plaintiff's information, claims, or evidence and did not make any attempt to substantially or reasonably verify the reporting in violation of FCRA  § 623(b).

14. In fact, the reporting of the accounts  became worse. Bank of America increased the number of delinquencies, and updated the reported date on the accounts, among other errors. See Exhibit H.

15. Defendant violated the FCRA § 623(b) by continuing to report the Bank of America Representation within both Plaintiffs' credit file without also including a notation that the debt was disputed; by failing to fully and properly investigate the Plaintiffs' dispute of the Bank of America Representation; by failing to review all relevant information regarding same; by failing to accurately respond to the major credit bureaus; by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of the Bank of America Representation to the consumer reporting agencies.

16. As a result of this conduct, action, and inaction of Defendant, the Plaintiffs suffered damage by loss of credit; loss of the ability to purchase and benefit from credit; and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denials.

17. Defendant's conduct, action and inaction was willful, rendering it liable for actual or statutory, and punitive damages in an amount to be determined by the Court pursuant to FCRA § 616.  In the alternative, Defendant was negligent entitling Plaintiffs to recover actual damages under FCRA § 617.

18. The Plaintiffs are entitled to recover costs and attorney's fees from Defendant in an

1     amount to be determined by the Court pursuant to FCRA §§ 616-617.

2

3     **WHEREFORE,** Plaintiffs demand judgment for compensatory and punitive damages against

4     Defendant, for their attorney fees and costs; for pre-judgment and post-judgment interest at the

5     legal rate, and such other relief the Court does deem just, equitable, and proper.

6

7                **RESPECTFULLY SUBMITTED** this 18th day December, 2012.

8

9                     Rochelle N. Belnap, Attorney at Law
                    Belnap & Forbes, PLLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VERIFICATION

I, Joshua D. Randall, Plaintiff, hereby verify that I have read the foregoing Complaint, that the facts as stated therein are true of my own knowledge except as to those matters and things stated upon information and belief and, as to those, I believe them to be true

_____
Joshua D. Randall

VERIFICATION

I, Karen Randall, Plaintiff, hereby verify that I have read the foregoing Complaint, that the facts as stated therein are true of my own knowledge except as to those matters and things stated upon information and belief and, as to those, I believe them to be true

_____
Karen Randall

ORIGINAL filed with the Clerk of Court
this 10 of December, 2012 to:

San Tan Justice Court
Attn: Clerk of Court
201 E. Chicago Street
Chandler, AZ 85225

COPY served upon Defendant via
mail this 10 day of December 2012 to:

Miles, Bauer, Bergstrom & Winters, LLP
Attn: Steven F. Stern, Esq.
220 Paseo Verde Parkway
Suite 250
Henderson, NV 89052
Attorney for Defendant

BY: _____

**Exhibit A CV 2012-169786**

| | BORROWER | | | | | | CO-BORROWER | |
|---|---|---|---|---|---|---|---|---|
| BORROWER | RANDALL, JOSHUA D | | | CO-BORROWER | | | | |
| SOC SEC # | | | AGE | SOC SEC # | | | | AGE |
| STREET | 2943 S BUCKSKIN WAY | | | YEARS AT ADDR. | | | | |
| CITY, STATE, ZIP | CHANDLER, AZ 85286 | | | MARITAL STATUS | | | | # OF DEP. |

| E C O A | CREDITOR | REPORTED DATE | DATE OPENED DLA | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | HISTORICAL STATUS | | | | PRESENT STATUS SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 30 | 60 | 90+ | | |
| B B | BK OF AMER | 11/11 | 01/06 | $180652 | $0 | $0 | 70 | 1 | 1 | 3 | PAID CHGOFF |
| | 69171012143499 | | 12/10 | REV 001 | $0 | | | | | | XP/TU/EF |
| | Late Dates: 5/11-120, 4/11-120, 3/11-90, 2/11-60, 1/11-30 | | | | | | | | | | |
| | ACCOUNT PAID FOR LESS THAN FULL BALANCE; PAID CHARGE OFF | | | | | | | | | | |
| | ████████████████ | 12/02 | 08/00 | $1303 | $0 | $0 | 29 | 0 | 0 | 0 | PAID |
| | | | 09/02 | REV | $0 | | | | | | XP/TU/EF |
| | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| | ████████████████ | 02/06 | 04/05 | $150000 | $0 | $0 | 11 | 0 | 0 | 0 | PAID |
| | | | 01/06 | MTG | $0 | | | | | | XP/TU/EF |
| | ACCOUNT CLOSED AT CONSUMER'S REQUEST; HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | | | | | | | | |
| | ████████████████ | 01/05 | 08/04 | $250000 | $0 | $0 | 6 | 0 | 0 | 0 | PAID |
| | | | 12/04 | MTG | $0 | | | | | | XP/TU/EF |
| | ACCOUNT CLOSED AT CONSUMER'S REQUEST; HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | | | | | | | | |
| | ███████████ MT | 02/07 | 01/06 | $299325 | $0 | $0 | 10 | 0 | 0 | 0 | PAID |
| | | | 01/07 | MTG 360 | $0 | | | | | | XP/TU/EF |
| | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | | | | | | | |
| | ████████████████ | 03/06 | 06/03 | $15000 | $0 | $0 | 34 | 0 | 0 | 0 | PAID |
| | | | 01/06 | AUTO 060 | $0 | | | | | | XP/TU/EF |
| | ███████████ FS | 10/04 | 02/03 | $535 | $0 | $0 | 1 | 0 | 0 | 0 | PAID |
| | | | 02/04 | MTG 012 | $0 | | | | | | XP |
| | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | | | | | | | |
| | ████████████████ | 12/11 | 12/10 | $5000 | $0 | $0 | 12 | 0 | 0 | 0 | PAID |
| | | | 04/11 | REV | $0 | | | | | | XP/TU/EF |
| | CLOSED; AUTHORIZED USER | | | | | | | | | | |
| | ████████████████ | 03/02 | 12/00 | $2500 | $0 | $0 | 15 | 0 | 0 | 0 | PAID |
| | | | 10/01 | REV | $0 | | | | | | XP/TU/EF |
| | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| | ████████████████ | 03/06 | 09/01 | $1500 | $0 | $0 | 23 | 0 | 0 | 0 | PAID |
| | | | 02/06 | EDU | $0 | | | | | | EF |
| | ████████████████ | 12/11 | 10/02 | $2600 | $0 | $0 | 48 | 0 | 0 | 0 | PAID |
| | | | 02/03 | REV | $0 | | | | | | XP/TU/EF |
| | ACCOUNT CLOSED BY CONSUMER | | | | | | | | | | |
| | ████████████████ | 10/07 | 11/00 | $500 | $0 | $0 | 62 | 0 | 0 | 0 | PAID |
| | | | 02/01 | REV | $0 | | | | | | XP |
| | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |

ECOA KEY: B=BORROWER; C=CO-BORROWER; S=SHARED; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER

The reporting bureau confirmation the information is all Residential Mortgage Credit Reports complies with the requirements of FNMA, Freddie Mac, FHA, VA, and FMHC. The information is confidential and must be divulged except as required by PUBLIC LAW 91-508, 83-579, 94-239.

Page 3/7

| | Exhibit B CV 2012-169786 |
|---|---|

| BORROWER | | | | CO-BORROWER | |
|---|---|---|---|---|---|
| BORROWER | RANDALL, JOSHUA D | | | CO-BORROWER | |
| SOC SEC # | | | AGE | SOC SEC # | AGE |
| STREET | 2943 S BUCKSKIN WAY | | | YEARS AT ADDR. | |
| CITY, STATE, ZIP | CHANDLER, AS 85286 | | | MARITAL STATUS | # OF DEP. |

| | | CREDITOR | REPORTED DATE | DATE OPENED DLA | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | | | | | PRESENT STATUS SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## T R A D E L I N E S

**B B BANK OF AMERICA, N** 11/11 01/07 $340000 $340000 $78678 23 0 0 23 DELINQ 120+
22747908                     10/11 MTG 360 $2070                              XP/TU/EF
Late Dates: 11/11-150+, 10/11-150+, 9/11-150+, 8/11-150+, 7/11-150+, 6/11-150+,
5/11-150+, 4/11-150+, 3/11-150+, 2/11-150+, 1/11-150+, 12/10-150+, 11/10-150+,
10/10-150+, 9/10-150+, 8/10-150+, 7/10-150+, 6/10-150+, 5/10-150+, 4/10-150+,
3/10-150+, 2/10-150+, 1/10-150+
CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST

11/11 04/05 $222632 $199497 $0 78 0 0 0 AS AGREED
11/11 MTG 360 $1264                          XP/TU/EF
CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST; FREDDIE MAC
ACCOUNT

03/09 02/07 $65275 $65275 $1592 36 1 1 2 CHARGE OFF
09/08 MTG $243                          XP/TU/EF
Late Dates: 2/09-120, 1/09-90, 12/08-60, 11/08-30
HOME EQUITY LINE OF CREDIT - REVOLVING TERMS

11/11 09/08 $25000 $10522 $0 38 0 0 0 AS AGREED
11/11 AUTO 060 $482                          XP/TU/EF

12/11 10/02 $16027 $8469 $0 30 0 0 0 AS AGREED
12/11 REV $70                          XP/EF
FLEXIBLE SPENDING CREDIT CARD; AUTHORIZED USER

11/11 11/04 $12244 $6963 $0 85 0 0 0 AS AGREED
11/11 EDU 180 $84                          XP/TU/EF

12/11 11/11 $3900 $3888 $0 1 0 0 0 AS AGREED
12/11 REV MIN $143                          XP/TU/EF
AUTHORIZED USER

03/02 12/01 $800 $0 $0 04 0 0 0 PAID
REV $0                          TU
ACCOUNT CLOSED BY CONSUMER

**B B BANK OF AMERICA, N** 02/09 01/07 $340000 $0 $0 22 1 1 2 DELINQ 120+
154600975                    01/09 MTG 360 $0                              XP/TU/EF
Late Dates: 1/09-120, 12/08-90, 11/08-60, 10/09-30
TRANSFERRED TO ANOTHER LENDER; CONVENTIONAL REAL ESTATE LOAN, INCLUDING
PURCHASE MONEY FIRST

**N** 02/07 01/07 $63750 $0 $0 1 0 0 0 PAID
02/07 MTG 180 $0                          XP/TU/EF
ACCOUNT CLOSED AT CONSUMER'S REQUEST; CONVENTIONAL REAL ESTATE LOAN, INCLUDING
PURCHASE MONEY FIRST

**Exhibit C      CV 2012-169786**

1/4/2012

Experian
PO Box 9556
Allen, TX 75013

Re:  **Request to Delete Inaccurate Late Payment Information**
     **Bank Of America - 22747908**


Dear Customer Service Representative:

I recently received a copy of my credit report to discover incorrect reporting of the above account. This is my account, but it has NEVER been past due. I have requested supporting documentation from Bank Of America with NO response.

By the provisions of 15 U.S.C. Section 168II of the Fair Credit Reporting Act, I request that the late payments be reinvestigated and deleted from my credit report. Please send me the names and addresses of the companies that you contact so I may follow up.

Since the law allows you thirty (30) days from receipt of this letter to verify these entries, it should be understood that failure to do so within said thirty (30) days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5)(A)).

Also, pursuant to FCRA 15 U.S.C. Section 1681i (6)(A), please notify me when the items have been deleted. You may send an updated copy of my credit report to the below address.


Sincerely,


Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C**     **CV 2012-169786**

1/4/2012

Experian
PO Box 9556
Allen, TX 75013

Re:  **Request to Delete Inaccurate Late Payment Information**
     **Bank Of America - 154600975**


Dear Customer Service Representative:

I recently received a copy of my credit report to discover incorrect reporting of the above account. This is my account, but it has NEVER been past due. I have requested supporting documentation from Bank Of America with NO response.

By the provisions of 15 U.S.C. Section 168li of the Fair Credit Reporting Act, I request that the late payments be reinvestigated and deleted from my credit report. Please send me the names and addresses of the companies that you contact so I may follow up.

Since the law allows you thirty (30) days from receipt of this letter to verify these entries, it should be understood that failure to do so within said thirty (30) days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5)(A)).

Also, pursuant to FCRA 15 U.S.C. Section 1681i (6)(A), please notify me when the items have been deleted. You may send an updated copy of my credit report to the below address.


Sincerely,


Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C    CV 2012-169786**

1/4/2012

Experian
PO Box 9556
Allen, TX 75013

Re: **Request to Investigate Inaccurate and Incomplete Information**
    Bank Of America - 68171012143499

Dear Customer Service Representative:

I just received a copy of my credit report and discovered that the above account is inaccurate. There are several issues with how this account is reporting; the High Balance/Limit amount, Date of First Delinquency, Date Opened, Account Status and Payment History are all inaccurate or incomplete. There are also many inconsistencies in this data across the three credit bureaus, which I do not understand since there is only one source of the data - Bank Of America

I am formally exercising my right to dispute these inaccurate and incomplete items pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 168Ii. I understand you have 30 days from receipt of this letter to perform your reinvestigation.

Please modify your reported information to make it **accurate** and **complete** with regard to all the issues I have specified. In the event you fail to modify this data, or fail to respond to this request altogether, the disputed data must be deleted in its entirety.

Please notify me when the items have been modified or deleted.  You may send an updated copy of my credit report to the address below.

Sincerely,


Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C   CV 2012-169786**

1/4/2012

Equifax
PO Box 740256
Atlanta, GA 30374

Re: **Request to Investigate Inaccurate and Incomplete Information**
        Bank Of America - 68171012143499

Dear Customer Service Representative:

I just received a copy of my credit report and discovered that the above account is inaccurate.
There are several issues with how this account is reporting; the High Balance/Limit amount,
Date of First Delinquency, Date Opened, Account Status and Payment History are all inaccurate
or incomplete. There are also many inconsistencies in this data across the three credit bureaus,
which I do not understand since there is only one source of the data - Bank Of America

I am formally exercising my right to dispute these inaccurate and incomplete items pursuant to
the Fair Credit Reporting Act, 15 U.S.C. § 168li. I understand you have 30 days from receipt of
this letter to perform your reinvestigation.

Please modify your reported information to make it **accurate** and **complete** with regard to all
the issues I have specified. In the event you fail to modify this data, or fail to respond to this
request altogether, the disputed data must be deleted in its entirety.

Please notify me when the items have been modified or deleted.  You may send an updated
copy of my credit report to the address below.

Sincerely,

Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C   CV 2012-169786**

1/4/2012

Trans Union
PO Box 2000
Chester, PA 19022

Re: **Request to Investigate Inaccurate and Incomplete Information**
     Bank Of America - 68171012143499

Dear Customer Service Representative:

I just received a copy of my credit report and discovered that the above account is inaccurate. There are several issues with how this account is reporting; the High Balance/Limit amount, Date of First Delinquency, Date Opened, Account Status and Payment History are all inaccurate or incomplete. There are also many inconsistencies in this data across the three credit bureaus, which I do not understand since there is only one source of the data - Bank Of America

I am formally exercising my right to dispute these inaccurate and incomplete items pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 168Ii. I understand you have 30 days from receipt of this letter to perform your reinvestigation.

Please modify your reported information to make it **accurate** and **complete** with regard to all the issues I have specified. In the event you fail to modify this data, or fail to respond to this request altogether, the disputed data must be deleted in its entirety.

Please notify me when the items have been modified or deleted.  You may send an updated copy of my credit report to the address below.

Sincerely,

Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C**      **CV 2012-169786**

1/4/2012

Equifax
PO Box 740256
Atlanta, GA 30374

Re: **Request to Delete Inaccurate Late Payment Information**
      Bank Of America - 22747908

Dear Customer Service Representative:

I recently received a copy of my credit report to discover incorrect reporting of the above account. This is my account, but it has NEVER been past due. I have requested supporting documentation from Bank Of America with NO response.

By the provisions of 15 U.S.C. Section 168Ii of the Fair Credit Reporting Act, I request that the late payments be reinvestigated and deleted from my credit record. Please send me the names and addresses of the companies that you contact so I may follow up.

Since the law allows you thirty (30) days from receipt of this letter to verify these entries, it should be understood that failure to do so within said thirty (30) days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5)(A)).

Also, pursuant to FCRA 15 U.S.C. Section 1681i (6)(A), please notify me when the items have been deleted. You may send an updated copy of my credit report to the below address.

Sincerely,

Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C**   **CV 2012-169786**

1/4/2012

Trans Union
PO Box 2000
Chester, PA 19022

Re: **Request to Delete Inaccurate Late Payment Information**
    **Bank Of America - 22747908**

Dear Customer Service Representative:

I recently received a copy of my credit report to discover incorrect reporting of the above account. This is my account, but it has NEVER been past due. I have requested supporting documentation from Bank Of America with NO response.

By the provisions of 15 U.S.C. Section 168li of the Fair Credit Reporting Act, I request that the late payments be reinvestigated and deleted from my credit record. Please send me the names and addresses of the companies that you contact so I may follow up.

Since the law allows you thirty (30) days from receipt of this letter to verify these entries, it should be understood that failure to do so within said thirty (30) days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5)(A)).

Also, pursuant to FCRA 15 U.S.C. Section 1681i (6)(A), please notify me when the items have been deleted. You may send an updated copy of my credit report to the below address.

Sincerely,

Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

Exhibit C        CV 2012-169786

1/4/2012

Equifax
PO Box 740256
Atlanta, GA 30374

Re:  **Request to Delete Inaccurate Late Payment Information**
     **Bank Of America - 154600975**


Dear Customer Service Representative:

I recently received a copy of my credit report to discover incorrect reporting of the above account. This is my account, but it has NEVER been past due. I have requested supporting documentation from Bank Of America with NO response.

By the provisions of 15 U.S.C. Section 168li of the Fair Credit Reporting Act, I request that the late payments be reinvestigated and deleted from my credit record. Please send me the names and addresses of the companies that you contact so I may follow up.

Since the law allows you thirty (30) days from receipt of this letter to verify these entries, it should be understood that failure to do so within said thirty (30) days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5)(A)).

Also, pursuant to FCRA 15 U.S.C. Section 1681i (6)(A), please notify me when the items have been deleted. You may send an updated copy of my credit report to the below address.


Sincerely,


Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit C**    **CV 2012-169786**

1/4/2012

Trans Union
PO Box 2000
Chester, PA 19022

Re: **Request to Delete Inaccurate Late Payment Information**
     **Bank Of America - 154600975**

Dear Customer Service Representative:

I recently received a copy of my credit report to discover incorrect reporting of the above account. This is my account, but it has NEVER been past due. I have requested supporting documentation from Bank Of America with NO response.

By the provisions of 15 U.S.C. Section 168li of the Fair Credit Reporting Act, I request that the late payments be reinvestigated and deleted from my credit record. Please send me the names and addresses of the companies that you contact so I may follow up.

Since the law allows you thirty (30) days from receipt of this letter to verify these entries, it should be understood that failure to do so within said thirty (30) days constitutes reason to promptly delete the information from my file (FCRA 15 U.S.C. Section 1681 (5)(A)).

Also, pursuant to FCRA 15 U.S.C. Section 1681i (6)(A), please notify me when the items have been deleted. You may send an updated copy of my credit report to the below address.

Sincerely,

Joshua Randall
2943 S Buckskin Way
Chandler, AZ 85286
SSN: 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
DOB: 10/25/1980

**Exhibit D     CV 2012-169786**

*** 315195915-006 ***
P.O. Box 2000
Chester, PA 19022-2000



01/28/2012   TransUnion.

PIV1A500202333-101697/7-106944095

JOSHUA RANDALL
2943 S BUCKSKIN WY
CHANDLER, AZ 85286

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit
http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| BAC HOME LOANS SERV LP<br>450 AMERICAN ST SV416X<br>SIMI VALLEY, CA 93065<br>(800) 669-6607 | # 15460**** | VERIFIED, NO CHANGE |
| BAC HOME LOANS SERV LP<br>450 AMERICAN ST SV416X<br>SIMI VALLEY, CA 93065<br>(800) 669-6607 | # 2274**** | VERIFIED, NO CHANGE |

| | | |
|---|---|---|
| BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410-8110<br>(800) 451-6362 | # 6817101214**** | VERIFIED, NO CHANGE |
| CHASE<br>POB 24696<br>COLUMBUS, OH 43224-0696<br>(800) 848-9136 | # 69489**** | NEW INFORMATION BELOW |
| LITTON LOAN SERVICING<br>RESERACH AND DEVELOPMENT<br>4828 LOOP CENTRAL DR<br>HOUSTON, TX 77016<br>(800) 888-9646 | # 1969**** | NEW INFORMATION BELOW |

| | |
|---|---|
| File Number: | 315195915 |
| Page: | 1 of 2 |
| Date Issued: | 01/28/2012 |



**TransUnion.**

### -Begin Credit Report-

**Special Notes:** If any item on your credit report begins with 'MEDICAL-', it includes medical information and the data following 'MEDICAL-' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

**BANK OF AMERICA #6817101214****
4161 PIEDMONT PKWY
GREENSBORO, NC 27410-8110
(800) 451-6362

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 11/30/2011 |
| High Balance: | $180,652 |
| Credit Limit: | $180,652 |
| Last Payment: | 07/22/2011 |

| | |
|---|---|
| Pay Status: | >Account paid in Full; was a Charge-off< |
| Account Type: | Line of Credit Account |
| Responsibility: | Primary Borrower on Account |
| Date Opened: | 01/22/2006 |
| Date Closed: | 06/30/2011 |
| Date Paid: | 07/22/2011 |

Loan Type: HOME EQUITY LOAN
Remarks: >SETTLED-LESS THAN FULL BLNC<
Estimated month and year that this item will be removed: 11/2017

**BANK OF AMERICA NA #2274****
450 AMERICAN ST SV416X
SIMI VALLEY, CA 93065
(800) 669-6607

| | |
|---|---|
| Balance: | $340,000 |
| Date Verified: | 11/30/2011 |
| High Balance: | $340,000 |
| Past Due: | >$65,000< |
| Last Payment: | 10/28/2011 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Mortgage Account |
| Responsibility: | Individual Account |
| Terms: | $2070 Monthly for 360 months |
| Date Opened: | 01/08/2007 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
>Maximum Delinquency of 120 days occurred in 01/2010 for $33,127<
Estimated month and year that this item will be removed: 09/2015



| Late Payments (22 Months) | 30 | 60 | 90 | Last 22 months | 120 oct | 120 sep | 120 aug | 120 jul | 120 jun | 120 may | 120 apr | 120 mar | 120 feb | 120 '11 | 120 dec | 120 nov | 120 oct | 120 sep | 120 aug | 120 jul | 120 jun | 120 may | 120 apr | 120 mar | 120 feb | 120 '10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 22 | | | | | | | | | | | | | | | | | | | | | | | |

**BANK OF AMERICA NA #15460****
450 AMERICAN ST SV416X
SIMI VALLEY, CA 93065
(800) 669-6607

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 01/30/2009 |
| High Balance: | $340,000 |
| Last Payment: | 01/30/2009 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Mortgage Account |
| Responsibility: | Individual Account |
| Terms: | $2070 Monthly for 360 months |
| Date Opened: | 01/08/2007 |
| Date Closed: | 01/30/2009 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: TRANSFERRED TO ANOTHER LENDER
>Maximum Delinquency of 90 days occurred in 12/2008 for $6,711<

| Late Payments (20 Months) | 30 | 60 | 90 | Last 20 months | 90 dec | 60 nov | 30 oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '08 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |

**Exhibit D**   CV 2012-169786

# EQUIFAX

**CREDIT FILE : January 30, 2012**
**Confirmation # 2012005584**

Dear Joshua D Randall:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 841-7337 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving the opportunity to serve you.

## The Results Of Our Reinvestigation

**Credit Account Information**
*(for your security, the last 4 digits of account number(s) have been replaced by *)*
*(this section indicates open and closed accounts reported by credit grantors)*

| Account History | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions 4 : 120-149 Days Past Due | H : Foreclosure | |

*>>> We have researched the credit account. Account # 2274* The results are: This creditor has verified to Equifax that the current status is being reported correctly. This creditor has verified to Equifax that the prior paying history is being reported correctly. If you have additional questions about this item please contact: Bac Home LNS LpfCitywide, 450 American St, Simi Valley CA 93065-6285 Phone: (800) 669-6607*

**Bank of America, N.A.**    450 American St Simi Valley CA 93065-6285 ; (800) 669-6607

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Schedule Pymnt | Terms Duration | Terms Frequency | Date of Last Activity | Date Major Delinquency 1st Rptd | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2274 | 01/2012 | 01/2007 | $340,000 | $0 | $2,070 | 30 Years | Monthly | 10/2008 | | |

| Account Number | Date Reported | Balance | Amount Past Due | Actual Pymnt Amount |
|---|---|---|---|---|
| 2274 | 01/2012 | $340,000 | $78,678 | $0 |

**Account History with Status Codes**

| 01/2012 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |

Status - Over 120 Days Past Due: Type of Account - Mortgage: Type of Loan - Conventional Re Mortgage: Whose Account - Individual Account: ADDITIONAL INFORMATION - Real Estate Mortgage: Conventional Mortgage: 180 Days or More Past Due:

001107474-2371
Joshua D Randall
2943 S Buckskin Way
Chandler, AZ 85286-5678

P.O. Box 105518
Atlanta, GA 30348

( Continued On Next Page )

2012005584-APP-00:07:274-2371-2274 - AS

**Exhibit E**      **CV 2012-169786**

## *Belnap & Forbes* PLLC
P.O. Box 1597, Chandler, AZ 85244
Tel. (480)-907-6088
Fax. (480) 907-7126
Web: www.BelnapForbes.com

May 8, 2012

Bank of America
Attn: Correspondence Unit
UC60-919-02-41
PO Box 5170
Simi Valley, CA 93062

Sent via Regular Mail and Fax: 800-520-5019

> Re:   *Joshua D. Randall*
> *Loan No. 22747908*
> *Property Address: 1620 W. Road 4 ½ North, Chino Valley, AZ 86323*

To whom it may concern:

Mr. Randall is a former customer of Countrywide, now Bank of America ("Bank of America"). Mr. Randall has engaged our office to represent him in claims he may have against your company arising from inaccurate information Bank of America is currently reporting to the credit bureaus Equifax, Transunion, and Experian.

Pursuant to the Fair Credit Reporting Act ("FCRA") §623(b), Mr. Randall may dispute the validity of the information reported to the credit bureaus directly with the creditor. Bank of America is required to investigate the dispute and respond to the consumer within thirty (30) days. Attached is a executed copy of Mr. Randall's written authorization. Please direct all correspondence regarding this matter to our office, Belnap & Forbes, PLLC.

Mr. Randall purchased a residence in Chino Valley, Arizona. Mr. Randall made mortgage payments to Bank of America until he became delinquent on the mortgage. The residence was subsequently foreclosed upon on August 5, 2009. Mr. Randall was not liable for any deficiency. Accordingly, Mr. Randall's ownership of the property and accompanying financial obligations ceased in August 2009.

Despite these facts, Bank of America continues to report the following information inaccurate on Mr. Randall's credit report:
- The creditor's address is inaccurate;
- The creditor's phone number is inaccurate;
- The account number reported is inaccurate;
- The number of months reviewed are inaccurate;
- The date of last activity is accurate;
- The reporting date is inaccurate;
- The dates and number of delinquencies are inaccurate;
- The payment rating is inaccurate;
- The current balance amount is inaccurate;

Page 1 of 2

- The past due balance amount is inaccurate;
- The minimum payment amount is inaccurate; and
- The current status of the account is inaccurate.

We demand Bank of America immediately update Mr. Randall's credit reporting to reflect his current financial relationship with Bank of America by <u>June 8, 2012</u>.

We appreciate your cooperation and prompt attention to this matter.


Best Regards,

Rochelle N. Belnap
Attorney at Law

cc: Joshua Randall

/enclosure

**Exhibit E**   CV 2012-169786

### *Belnap & Forbes* PLLC
P.O. Box 1597, Chandler, AZ 85244
Tel. (480)-907-6088
Fax. (480) 907-7126
Web: www.BelnapForbes.com

May 8, 2012

Bank of America
Attn.: Customer Service Department
CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062-5170

Sent via Regular Mail and Fax: (800) 520-5019

Re:   Joshua D. Randall
Loan No. 154600975
Property Address: 1620 W Road 4 ½ North, Chino Valley, AZ 86323

To whom it may concern:

Mr. Randall is a former customer of Countrywide, now Bank of America ("Bank of America"). Mr. Randall has engaged our office to represent him in claims he may have against your company arising from inaccurate information Bank of America is currently reporting to the credit bureaus, Equifax, Transunion, and Experian.

Pursuant to the Fair Credit Reporting Act ("FCRA") § 623(b), Mr. Randall may dispute the validity of the information reported to the credit bureaus directly with the creditor. Bank of America is required to investigate the dispute and respond to the consumer within thirty (30) days. Attached is a executed copy of Mr. Randall's written authorization. Please direct all correspondence regarding this matter to our office, Belnap & Forbes, PLLC.

Mr. Randall purchased a residence in Chino Valley, Arizona. Mr. Randall made mortgage payments to Bank of America until he became delinquent on the mortgage. The residence was subsequently foreclosed upon on August 5, 2009. Mr. Randall was not liable for any deficiency. Accordingly, Mr. Randall's ownership of the property and accompanying financial obligations ceased in August 2009.

Despite these facts, Bank of America continues to report the following information inaccurate on Mr. Randall's credit report:
- The creditor's address is inaccurate;
- The creditor's phone number is inaccurate;
- The number of months reviewed are inaccurate;
- The dates and number of delinquencies are inaccurate;
- The payment rating is inaccurate; and
- The current status of the account is inaccurate.

We demand Bank of America immediately update Mr. Randall's credit reporting to reflect his current financial relationship with Bank of America by June 8, 2012.

Page 1 of 2

We appreciate your cooperation and prompt attention to this matter.

Best Regards,

Rochelle N. Belnap
Attorney at Law

/enclosure

Cc: Joshua Randall

*Belnap & Forbes* PLLC    **Exhibit E    CV 2012-169786**

P.O. Box 1597, Chandler, AZ 85244
Tel. (480)-907-6088
Fax. (480) 907-7126
Web: www.BelnapForbes.com

May 8, 2012

Bank of America
Attn.: Customer Service Department
CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062-5170

Sent via Regular Mail and Fax: 800-520-5019

> Re:     *Joshua D. Randall and Karen L. Randall*
>          *Loan No. 068171012143499*
>          *Property Address 2943 S. Buckskin Way, Chandler, AZ 85286*

To whom it may concern:

Mr. and Mrs. Randall engaged our office to represent them in claims they may have against your company arising from inaccurate information Bank of America is currently reporting to the credit bureaus Equifax, Transunion, and Experian.

Pursuant to the Fair Credit Reporting Act ("FCRA") § 623(b), Mr. and Mrs. Randall may dispute the validity of the information reported to the credit bureaus directly with the creditor. Bank of America is required to investigate the dispute and respond to the consumer within thirty (30) days. Attached is a executed copy of Mr. and Mrs. Randall's written authorization. Please direct all correspondence regarding this matter to our office, Belnap & Forbes, PLLC.

Mr. and Mrs. Randall are former customers of Bank of America. Our clients negotiated the settlement of a loan with Sunrise Credit Services, Inc. who released our clients of all liability. Bank of America subsequently filed a release in October 2011.

Despite these facts, Bank of America continues to report the following information inaccurate on Mr. and Mrs. Randall's respective credit report:
- The creditor's address is inaccurate;
- The creditor's phone number is inaccurate;
- The account number reported is inaccurate;
- The account type is inaccurate;
- The collateral type is inaccurate;
- The number of months reviewed are inaccurate;
- The date of last activity is inaccurate;
- The reporting date is inaccurate;
- The dates and number of delinquencies are inaccurate;
- The high credit amount is inaccurate; and
- The current status of the account is inaccurate.

Page 1 of 2

We demand Bank of America immediately update Mr. and Mrs. Randall's credit information to reflect their current financial relationship with Bank of America by **June 8, 2012**.

We appreciate your cooperation and prompt attention to this matter.

Best Regards,

Rochelle N. Belnap
Attorney at Law

cc: Joshua and Karen Randall

/enclosure

**Exhibit F**    **CV 2012-169786**



PO Box 1597
Chandler, AZ 85244
Tel. (480) 907-6088
Fax. (480) 907-7126
Web: www.BelnapForbes.com

June 19, 2012

Bank of America
Attn: Correspondence Unit
UC60-919-02-41
PO Box 5170
Simi Valley, CA 93062

Sᴇɴᴛ ᴠɪᴀ Rᴇɢᴜʟᴀʀ Mᴀɪʟ ᴀɴᴅ Fᴀx: 800-520-5019

     Re:    *Joshua D. Randall*
                *Loan No. 22747908*
                *Property Address: 1620 W. Road 4 ½ North, Chino Valley, AZ 86323*

To whom it may concern:

We are in receipt of your letter dated May 18, 2012. Thank you for your response.

Mr. Randall engaged our office to represent him in claims he may have against Bank of America for various violations of the Fair Credit Reporting Act ("FCRA") and the Real Estate Settlement Procedures Act ("RESPA"). A copy of the signed written release is attached.

We have yet to receive any documentation from your office sufficient to address our concerns. We maintain that the credit information currently reported by  is inaccurate. At this time, we demand that your office either report complete and accurate information or remove the account altogether. If Bank of America intends to delete the account, please inform our office in writing.

We expect a response from your office by July 6, 2012 otherwise we may pursue further legal action.

Thank you for your prompt attention to this matter.


Best Regards,



Rochelle N. Belnap
Attorney at Law

cc: Joshua Randall

**Exhibit F     CV 2012-169786**



PO Box 1597
CHANDLER, AZ 85244
TEL. (480) 907-6088
FAX. (480) 907-7126
WEB: WWW.BELNAPFORBES.COM

June 19, 2012

Bank of America
Attn.: Customer Service Department
CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062-5170

SENT VIA REGULAR MAIL AND FAX: (800) 520-5019

     *Re:*    *Joshua D. Randall*
               *Loan No. 154600975*
               *Property Address: 1620 W Road 4 ½ North, Chino Valley, AZ 86323*

To whom it may concern:

We are in receipt of your letters dated May 9, 2012 and May 18, 2012.  Thank you for your response.

Mr. Randall engaged our office to represent him in claims he may have against Bank of America for various violations of the Fair Credit Reporting Act ("FCRA").  Attached is a signed copy of the written release authorization.

We have reviewed the information provided by your office and we maintain that the credit information currently reported by Bank of America is inaccurate. At this time, we demand that your office either report complete and accurate information or remove the account altogether.  If Bank of America intends to delete the account, please inform our office in writing.

We expect a response from your office by <u>July 6, 2012</u> otherwise we may pursue further legal action.

Thank you for your prompt attention to this matter.


Best Regards,



Rochelle N. Belnap
Attorney at Law

cc: Joshua Randall

**Exhibit F**   CV 2012-169786



PO Box 1597
Chandler, AZ 85244
Tel. (480) 907-6088
Fax. (480) 907-7126
Web: www.BelnapForbes.com

June 19, 2012

Bank of America
Attn.: Customer Service Department
CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062-5170

SENT VIA REGULAR MAIL AND FAX: 800-520-5019

> Re:   Joshua D. Randall and Karen L. Randall
>        Loan No. 68171012143499
>        Property Address 2943 S. Buckskin Way, Chandler, AZ 85286

To whom it may concern:

We are in receipt of your letter dated May 31, 2012. Thank you for your response.

Mr. and Mrs. Randall engaged our office to represent them in claims they may have against Bank of America for various violations of the Fair Credit Reporting Act ("FCRA") and the Real Estate Settlement Procedures Act ("RESPA"). Attached is a copy of the signed written release authorization.

To date, we have yet to receive a response sufficient to address our concerns. We initially wrote to your office on April 16, 2012 making a qualified written request for our clients' loan documents, we wrote again on May 8, 2012 disputing information Bank of America is reporting to the credit bureaus regarding this account. We have not received the loan documents, and we find your position that the information is accurate to be unsupported. If Bank of America has conducted an investigation regarding the accuracy of the reporting we demand the supporting documentation.

We maintain that the credit information currently reported by Bank of America is inaccurate, we have outlined the specific errors in our previous letter. At this time, we demand that your office either report complete and accurate information or remove the account altogether. If Bank of America intends to delete the account, please inform our office in writing.

We expect a response from your office by July 6, 2012 otherwise we may pursue further legal action.

Thank you for your prompt attention to this matter.

Best Regards,


Rochelle N. Belnap
Attorney at Law

cc: Joshua & Karen Randall

**Exhibit G     CV 2012-169786**



Home Loans

400 National Way
Mailstop CA6-919-02-22
Simi Valley, CA  93065

May 18, 2012

Belnap & Forbes PLLC
PO Box 1597
Chandler, AZ  85244
Attention: Rochelle N. Belnap

Re:    Borrower Name(s): Joshua D. Randall
       Property Address: 1620 West Road 4 ½ North, Chino Valley, AZ  86323
                         2943 Buckskin Way, Chandler, AZ  85286
       Loan Number Ending in: 7908, 0975, and 3499

Dear Ms. Belnap:

We are in receipt of your correspondence dated April 18, 2012, which was received on April 18, 2012, by Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, regarding the referenced loan.

The concerns addressed in your correspondence require further detailed analysis.   We will respond to your request after we have completed our investigation.

If you have any questions in the interim, please contact me at:           (213) 621-7125

Sincerely,

*William Mosshammer*
William Mosshammer
Litigation Specialist II
Default Servicing Complaint Resolution (DSCR)
Qualified Written Request (QWR) Group

*Bank of America, N.A., is required by law to inform you that this communication is from a debt collector.*

**Exhibit G**     **CV 2012-169786**

**Bank of America** ⬳

May 24, 2012

Rochelle N Belnap
Belnap & Forges PLLC
PO Box 1597
Chandler AZ 85244

Re: Joshua D Randall & Karen L Randall  Account xxxxxxx3499

Dear  Rochelle N Belnap :

Thank you for contacting Bank of America about the above referenced account number showing
on your clients' credit bureau report.  After reviewing the account information, we will not
change any information that we have reported.  We have validated that all information being
reported on the account is accurate.

The three credit reporting agencies utilized by Bank of America are TransUnion, Experian and
Equifax.  Contact information is being provided should you wish to contact these agencies:

| **TransUnion Credit Information** | **Experian Profile Maintenance** | **Equifax** |
|---|---|---|
| PO Box 2000 | PO Box 2002 | PO Box 740241 |
| Chester, PA  19022 | Allen, TX  75013 | Atlanta, GA  30374 |
| 800-888-4213 | 888-397-3742 | 800-685-1111 |

Sincerely,

Credit Bureau Specialist

♻Recycled Paper

**Exhibit G**    **CV 2012-16978**

*Bank of America*
*P.O. Box 21848*
*Greensboro NC 27420-1848*

# Bank of America 

BELNAP & FORBES, PLLC
ATTN ROCHELLE BELNAP
PO BOX 1597
CHANDLER,  AZ  85244

**Notice Date:**   June 29, 2012

**Account No.:**  xxxx3499

**Property Address:**
2943 S BUCKSKIN WAY
CHANDLER  AZ  85286-5678

RE: JOSHUA D RANDALL & KAREN L RANDALL

This letter is in response to your recent inquiry concerning the above-referenced Line of Credit.

Please see the enclosed copy of payment history until account charged off which was 6/7/11 and copies of the note and mortgage for the above account. Please contact our Charge Off department at 866.468.3402.

If you have any questions, please call the Customer Service telephone number listed on your statement.  Our knowledgeable associates are willing to assist you.  For faster service, please have your account number available.

Thank you for being a valued customer.

THANK YOU

If you have any additional questions, please call us at (800) 669-5864, Monday-Friday 7a.m. - 7p.m. Local Time.

Rec d
7/5/12

DOC ID

**Exhibit G**   CV 2012-169786


Home Loans

400 National Way
Mailstop CA6-919-02-22
Simi Valley, CA 93065

July 10, 2012

Belnap & Forbes, PLLC
PO Box 1597
Chandler, AZ 85244
Attention: Rochelle N. Belnap

Re:    Borrower Name(s): Joshua D. Randall
       Property Address: 1620 West Road 4 ½ North, Chino Valley, AZ 86323
                         2943 South Buckskin Way, Chandler, AZ 85249
       Loan Number Ending in: 7908, 3499 and 0975

Dear Ms. Belnap:

We are in receipt of your correspondence dated April 18, 2012, which was received on April 18, 2012; May 8, 2012, which was received on May 14, 2012; and June 19, 2012, which was received on June 22, 2012, by Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, regarding the referenced loan.

Please note, upon review of the loan ending with 7908, this property was foreclosed upon on August 5, 2009, while the account was being serviced by Litton Loan Servicing, LP. You may contact Litton Loan Servicing, LP at (800) 603-4517.

Please be advised that the loan ending with 3499 is a subordinate lien mortgage, which does not fall under the provisions of a Qualified Written Request per RESPA. As a courtesy, enclosed is a *Payment History* that provides a detailed outline of transactions for this loan. Please note that this *Payment History* provides pertinent information on payments received, tax and insurance payments disbursed, funds in the suspense/unapplied balance, and late charges assessed and paid.

Please be advised that the servicing of the account ending with 0975 was transferred to Litton Loan Servicing, LP effective with the March 1, 2009 payment, more than one year prior to your correspondence. As such, your letter does not fall under the provisions of a Qualified Written Request per RESPA. As a courtesy, enclosed is a Payment History of your loan during Bank of America, N.A.'s servicing for your review.

Rec'd
7/12/12

Letter to Ms. Belnap
Re: Joshua D. Randall
July 10, 2012
Page 2 of 2

We cannot provide you with the original mortgage note as it needs to be retained since it documents your obligation to make payments on your mortgage. In lieu of providing or allowing inspection of the original Note, we have enclosed herewith a true and correct copy of the original *Interest Only Fixed Rate Note* dated January 8, 2007 for the account ending with 0975.

Please be advised that Bank of America has been unable to locate copies of the following loan documents for the account ending with 7908 in its electronic database: Note and Settlement Statement. If and when these documents are obtained, we will send copies to you under separate cover.

As specific details were not provided regarding your credit reporting concerns, we are unable to investigate further at this time. In the event that additional information is available to support your claims, we will be happy to research further. Otherwise, you may address your concerns to the credit reporting agencies directly.

If you have concerns or questions regarding the foreclosure, please contact Bank of America, N.A.'s Customer Escalations & Research Unit at (866) 200-9624. Thank you for this opportunity to be of service.

Sincerely,

*William Mosshammer*

William Mosshammer
Litigation Specialist II
Qualified Written Request (QWR) Group

Enclosures

*Bank of America, N.A., is required by law to inform you that this communication is from a debt collector.*

**Exhibit H CV 2012-169786**

| BORROWER | | | CO-BORROWER | |
|---|---|---|---|---|
| BORROWER | RANDALL, JOSHUA | | CO-BORROWER | |
| SOC SEC # | ▓▓▓▓▓ | AGE | SOC SEC # | AGE |
| STREET | 2943 S BUCKSKIN WAY | | YEARS AT ADDR | |
| CITY, STATE, ZIP | CHANDLER, AZ 85286 | | MARITAL STATUS | # OF DEP |

| E C O A | W H O S E | CREDITOR | REPORTED DATE | DATE OPENED DLA | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | MOS REV | HISTORICAL STATUS 30-59 | 60-89 | 90+ | PRESENT STATUS SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## T R A D E L I N E S

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B B | | BK OF AMER 22747908 | 04/12 | 01/07 04/12 | $340000 MTG 360 | $340000 $2070 | $65000 | 27 | 0 | 0 | 28 | DELINQ 120+ XP/TU/EF |

CONVENTIONAL REAL ESTATE MORTGAGE

Late Dates: 4/12-120, 3/12-120, 2/12-120, 1/12-120, 12/11-120, 11/11-120, 10/11-120, 9/11-120, 8/11-120, 7/11-120, 6/11-120, 5/11-120, 4/11-120, 3/11-120, 2/11-120, 1/11-120, 12/10-120, 11/10-120, 10/10-120, 9/10-120, 8/10-120, 7/10-120, 6/10-120, 5/10-120, 4/10-120, 3/10-120, 2/10-120, 1/10-120

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓ | 07/12 | 09/08 07/12 | $25000 AUTO 060 | $6997 $482 | $0 | 46 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| | | ▓▓▓▓▓▓▓ | 06/12 | 11/04 06/12 | $12244 EDU 180 | $6478 $84 | $0 | 92 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
| | | ▓▓▓▓▓▓▓ | 07/12 | 10/02 07/12 | $16027 REV | $2682 $37 | $0 | 13 | 0 | 0 | 0 | AS AGREED XP/EF |

FLEXIBLE SPENDING CREDIT CARD; AUTHORIZED USER

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓ | 03/12 | 02/07 11/08 | $65275 MTG | $1525 $243 | $1525 | 25 | 1 | 1 | 2 | CHARGE OFF XP/TU/EF |

Late Dates: 2/09-120, 1/09-90, 12/08-60, 11/08-30
CHARGED OFF ACCOUNT; HOME EQUITY; ACCOUNT INFORMATION DISPUTED BY CONSUMER

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓ | 07/12 | 11/11 07/12 | $3900 REV MIN | $327 $10 | $0 | 8 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

AUTHORIZED USER

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓ N | 02/07 | 01/07 02/07 | $63750 MTG 180 | $0 $0 | $0 | 1 | 0 | 0 | 0 | PAID XP/TU/EF |

ACCOUNT CLOSED AT CONSUMER'S REQUEST; CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B B | | BK OF AMER 68171012143499 | 03/12 | 01/06 12/10 | $180652 REV 001 | $0 $0 | $0 | 70 | 1 | 1 | 7 | PAID CHGOFF XP/TU/EF |

Late Dates: 5/11-120, 4/11-120, 3/11-90, 2/11-60, 1/11-30
ACCOUNT PAID FOR LESS THAN FULL BALANCE; PAID CHARGE OFF

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B B | | BK OF AMER 154600975 | 03/12 | 01/07 10/08 | $340000 MTG 360 | $0 $0 | $0 | 23 | 1 | 1 | 1 | PD WAS 90 XP/TU/EF |

Late Dates: 12/08-90, 11/08-60, 10/08-30
ACCOUNT TRANSFERRED OR SOLD; REAL ESTATE MORTGAGE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ▓▓▓▓▓▓▓ | 12/02 | 08/00 09/02 | $1303 REV | $0 $0 | $0 | 29 | 0 | 0 | 0 | PAID XP/TU |

ACCOUNT CLOSED AT CONSUMER'S REQUEST

**Exhibit H CV 2012-169786**

| BORROWER | | | |
|---|---|---|---|
| BORROWER RANDALL, KAREN | | | |
| SOC SEC # | | AGE | |
| STREET 2943 S BUCKSKIN WAY | | | |
| CITY, STATE, ZIP CHANDLER, AZ 85286 | | | |

| CO-BORROWER | | | |
|---|---|---|---|
| CO-BORROWER | | | |
| SOC SEC # | | AGE | |
| YEARS AT ADDR. | | | |
| MARITAL STATUS | | # OF DEP. | |

| E C O A | W H O | CREDITOR | REPORTED DATE | DATE OPENED DLA | HIGH CREDIT | BALANCE TERMS | PAST DUE AMOUNT | HISTORICAL STATUS TIMES PAST DUE MOS REV | 30 | 60 | 90+ | PRESENT STATUS SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**T R A D E L I N E S**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 07/12 | 12/10 | $20000 | $14193 | $0 | 1 | 0 | 0 | 0 | CLOSED |
| | | | | 07/12 | AUTO 060 | $373 | | | | | | XP/EF |
| | | PURCHASED BY ANOTHER LENDER | | | | | | | | | | |
| | | | 07/12 | 10/02 | $16027 | $2682 | $0 | 13 | 0 | 0 | 0 | AS AGREED |
| | | | | 07/12 | REV MIN | $37 | | | | | | XP/TU/EF |
| | | FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | |
| | | | 07/12 | 11/11 | $3900 | $327 | $0 | 6 | 0 | 0 | 0 | AS AGREED |
| | | | | 07/12 | REV MIN | $10 | | | | | | XP/TU/EF |
| | | | 07/12 | 10/02 | $16027 | $0 | $0 | 37 | 0 | 0 | 0 | CRCDLOST |
| | | | | 06/12 | REV | $0 | | | | | | XP/TU/EF |
| | | CREDIT CARD LOST OR STOLEN; FLEXIBLE SPENDING CREDIT CARD | | | | | | | | | | |
| | | | 07/12 | 12/10 | $20000 | $0 | $0 | 19 | 0 | 0 | 0 | PAID |
| | | | | 06/12 | AUTO 060 | $0 | | | | | | XP/TU/EF |
| | | PURCHASED BY ANOTHER LENDER; ACCOUNT CLOSED; SOLD TO RBS CITIZENS N. A. | | | | | | | | | | |
| | | J B BK OF AMER | 03/12 | 01/06 | $180652 | $0 | $0 | 70 | 1 | 1 | 4 | PAID CHGOFF |
| | | 68171012143499 | | 12/10 | REV 001 | $0 | | | | | | XP/TU/EF |
| | | Late Dates: 5/11-120, 4/11-120, 3/11-90, 2/11-60, 1/11-30 | | | | | | | | | | |
| | | ACCOUNT PAID FOR LESS THAN FULL BALANCE; PAID CHARGE OFF | | | | | | | | | | |
| | | | 12/02 | 08/00 | $1303 | $0 | $0 | 29 | 0 | 0 | 0 | PAID |
| | | | | 09/02 | REV | $0 | | | | | | XP/TU |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | | | | | | | | |
| | | | 07/12 | 01/12 | $750 | $0 | $0 | 6 | 0 | 0 | 0 | AS AGREED |
| | | | | 03/12 | REV | $0 | | | | | | XP/TU/EF |
| | | | 05/12 | 04/05 | $222632 | $0 | $0 | 84 | 0 | 0 | 0 | PAID |
| | | | | 05/12 | MTG 360 | $0 | | | | | | XP/TU/EF |
| | | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST; FREDDIE MAC ACCOUNT | | | | | | | | | | |
| | | | 12/10 | 02/08 | $24098 | $0 | $0 | 35 | 0 | 0 | 0 | PAID |
| | | | | 12/10 | AUTO 060 | $0 | | | | | | XP/TU/EF |
| | | | 02/06 | 04/05 | $150000 | $0 | $0 | 11 | 0 | 0 | 0 | PAID |
| | | | | 01/06 | MTG | $0 | | | | | | XP/TU/EF |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST; HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | | | | | | | | |
| | | | 01/05 | 08/04 | $250000 | $0 | $0 | 6 | 0 | 0 | 0 | PAID |
| | | | | 12/04 | MTG | $0 | | | | | | XP/TU/EF |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST; HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | | | | | | | | |

ECOA KEY: B-BORROWER; C-CO-BORROWER  S-SHARED; J-JOINT, U-UNDESIGNATED  A-AUTHORIZED USER

The reporting bureau certifies that the information on all Residential Mortgage Credit Reports complies with the requirements of FNMA, Freddie Mac, FHA, VA, and RLMC. The information it has furnished and not to be divulged except as required by PUBLIC LAW 91-508, 83-579, 94-239.

Page 2/7