1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Joshua D. Randall and Karen Randall, husband and wife,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>    Defendant. | Case No. CV 13-0158-PHX-JAT<br><br>Order |
|---|---|

This matter coming before the Court upon Stipulation and Joint Motion (Doc. 11) of the Attorneys for Plaintiff, Joshua D. Randall & Karen Randall, and Defendant, BANK OF AMERICA, N.A. to dismiss Plaintiffs action with prejudice premised upon the parties confidential settlement agreement, the Court being fully advised in the premises:

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiffs, Joshua D. Randall & Karen Randall complaint and action are dismissed with prejudice with both parties to bear their own attorneys fees and costs and expressly waive the right of contribution against each other.

/ / /

/ / /

1

2. The June 11, 2013 status conference is hereby vacated.

Dated this 17th day of May, 2013.

James A. Teilborg
Senior United States District Judge